IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIGADIER GENERAL JOHN G. BAKER, UNITED STATES MARINE CORPS,<br><br>*Petitioner*,<br><br>v.<br><br>COLONEL VANCE SPATH, UNITED STATES AIR FORCE, In his Official Capacity, and<br><br>JAMES MATTIS, SECRETARY OF DEFENSE, In his Official Capacity,<br><br>*Respondents*. | Case: 1:17-cv-02311<br>Assigned To : Lamberth, Royce C.<br>Assign. Date : 11/2/2017<br>Description: Habeas Corpus<br><br>Related to No. 08-Civ-1207 (RCL)<br><br>*before*<br>Judge Royce C. Lamberth |

**[PROPOSED] ORDER**

Upon consideration of Brigadier General John G. Baker's petition for a writ of habeas corpus and request for expedited consideration, any opposition thereto, and the entire record herein, it is by the Court this ___ day of November 2017, hereby

**ORDERED** that the petition is GRANTED; and it is further

**ORDERED** that Brigadier General John G. Baker be released from custody forthwith.

---
United States District Judge