# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN G. BAKER,<br>Brigadier General, United States Marine Corps<br><br>Petitioner,<br><br>v.<br><br>VANCE SPATH<br>Colonel, United States Air Force, *et al.*<br><br>Respondents. | Civil Action No. 17-CV-2311 (RCL) |

## RESPONDENTS' SUPPLEMENTAL STATUS UPDATE REGARDING REVIEW BY CONVENING AUTHORITY

Shortly before 1 p.m. on November 3, 2017, the Convening Authority *sua sponte* deferred the remaining term of Petitioner's sentence of confinement pending final action by the Convening Authority on the contempt findings.  *See* Rule For Military Commission 1101(c). The deferral is effective immediately and notice of the Convening Authority's decision has been served on Petitioner.

Dated: November 3, 2017                                 Respectfully submitted,

                                                                                CHAD A. READLER
                                                                                Acting Assistant Attorney General
                                                                                Civil Division

                                                                                JENNIFER R. RICKETTS
                                                                                Director
                                                                                Federal Programs Branch

                                                                                /S/ Andrew I. Warden
                                                                                TERRY M. HENRY
                                                                                ANDREW I. WARDEN

Attorneys
United States Department of Justice
Civil Division Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Tel.: (202) 616-5084
Fax: (202) 616-8470
E-mail: Andrew.Warden@usdoj.gov