# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN G. BAKER,<br>Brigadier General, United States Marine Corps,<br><br>*Petitioner*,<br><br>v.<br><br>VANCE SPATH<br>Colonel, United States Air Force, *et al.*,<br><br>*Respondents*. | Civil Action No. 17-CV-2311 (RCL) |

## ATTORNEY APPEARANCE

    Undersigned counsel, Michael H. Baer, hereby enters his appearance as one of the counsel for Respondents in the above-named case. The undersigned counsel certifies pursuant to Local Rule 83.2(j) that he is personally familiar with the Local Rules of this Court.

Dated: December 15, 2017          Respectfully submitted,

                                            CHAD A. READLER
                                            Acting Assistant Attorney General

                                            TERRY M. HENRY
                                            Assistant Branch Director

                                            */s/ Michael H. Baer*
                                            MICHAEL H. BAER
                                            Trial Attorney (New York Bar No. 5384300)
                                            U.S. Department of Justice,
                                            Civil Division, Federal Programs Branch
                                            20 Massachusetts Avenue, NW
                                            Washington, D.C. 20530
                                            Telephone:    (202) 305-8573
                                            Facsimile:     (202) 616-8460
                                            E-mail:         Michael.H.Baer@usdoj.gov