IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN G. BAKER,<br>Brigadier General, United States Marine Corps,<br><br>*Petitioner*,<br><br>v.<br><br>VANCE SPATH<br>Colonel, United States Air Force, *et al.*,<br><br>*Respondents*. | Civil Action No. 17-CV-2311 (RCL) |

## [PROPOSED] ORDER

Upon consider of the parties' Joint Motion for Briefing Schedule, it is hereby:

ORDERED that Respondents' filing in response to the Supplemental Brief in Support of Petitioner's Motion for Habeas Relief shall be due by January 12, 2018; and it is further

ORDERED that Petitioner's filing in reply shall be due by January 19, 2018.

SO ORDERED.

_____
ROYCE C. LAMBERTH
United States District Judge

Date: 12/18/17

1