# Appendix P

**CONVENING OF THE FY18 U.S. MARINE CORPS STAFF JUDGE ADVOCATE TO THE COMMANDANT OF THE MARINE CORPS SELECTION BOARD**

Date Signed: 1/4/2018
MARADMINS Number: 008/18

```
R 041901Z JAN 18
MARADMIN 008/18
MSGID/GENADMIN/CMC WASHINGTON DC MRA MM//
SUBJ/CONVENING OF THE FY18 U.S. MARINE CORPS STAFF JUDGE ADVOCATE TO
THE COMMANDANT OF THE MARINE CORPS SELECTION BOARD//
REF/A/MSGID: DOC/10 U.S.C/CONGRESS/-//
REF/B/MSGID: DOC/CMC MMPR/YMD: 20170701//
REF/C/MSGID: MCO/P1070.12K/YMD: 20000714//
REF/D/MSGID: MSG/CMC/141427ZOCT16//
REF/E/MSGID: DOC/CMC MMRP/YMD: 20101119//
NARR/REF A IS TITLE 10, UNITED STATES CODE. REF B IS MCBUL 1400,
OFFICER LINEAL PRECEDENCE. REF C IS MCO P1070.12K W/CH 1, MARINE
CORPS INDIVIDUAL RECORDS ADMINISTRATION MANUAL (IRAM). REF D IS MCO
1610.7 PERFORMANCE EVALUATION SYSTEM (PES). REF E IS MARADMIN
548/16, OFFICIAL MILITARY PERSONNEL FILE (OMPF) PHOTOGRAPH
GUIDANCE.//
POC/E.D. MAHONEY/HD/MMPR-1/-/TEL: (703) 784-9703/E-MAIL:
EDWARD.D.MAHONEY@USMC.MIL//
GENTEXT/REMARKS/1.  A selection board to recommend a judge advocate
(JA) of the Marine Corps for appointment as the Staff Judge Advocate
to the Commandant of the Marine Corps (SJA to CMC) will be convened
on 7 February 2018, at Harry Lee Hall, Marine Corps Base, Quantico,
VA, per the guidance contained in section 5046 of ref (a).
2.  The officers eligible for consideration by the board must
satisfy the following criteria:
2.a.  Be on the Active-Duty List (ADL) of the Marine Corps and have
a permanent grade of colonel with a DOR of 1 February 2017 or
earlier.
2.b.  Possess the 4402 (Judge Advocate) MOS.
2.c.  Be a member of a bar of a Federal court or the highest court
of a state or territory.
```

2.d.  Have at least 8 years experience in legal duties as a commissioned officer, determined as of the convening date of the board.

3.  Selection Board.  The board will consider officers in two categories:  primary zone and secondary (below) zone.  The primary zone will include officers above-zone (those previously considered) and in-zone.  The in-zone will consist of judge advocates with a minimum of 30 months' time-in-grade as of the convening date of the board who will be considered for selection as the SJA TO CMC for the first time from within the primary zone.  The below-zone consists of judge advocates with a minimum of one year time-in-grade as of the convening date of the board.  Officers may review ref (b) and their eligibility for the board on the internet at the officer promotion homepage.  The zones are as follows:

3.a.  Primary Zone:

Senior Officer Above-Zone - Colonel Lecce, Daniel J.
                         DOR 01Sep06   LCN 02385000

Junior Officer Above-Zone - Colonel Baker, John G.
                         DOR 01Feb11   LCN 03247000

Senior Officer In-Zone - Colonel Riley Jr., Donald J.
                         DOR 01Oct11   LCN 03358000

Junior Officer In-Zone - Colonel Lore, Joseph A.
                         DOR 01Oct14   LCN 03874000

3.b.  Secondary Zone:

Senior Officer Below-Zone - Colonel Young, Devin C.
                         DOR 01Sep15   LCN 18039000

Junior Officer Below-Zone - Colonel Shaw, Christopher B.
                         DOR 01Feb17   LCN 18947000

4.  Board Preparation Guidance.  Officers are advised to review MarAdmin 154/17 for guidance regarding submission of information, auditing the Official Military Personnel File (OMPF) and Master Brief Sheet (MBS), fitness reports and photographs prior to the convening date of the board.

4.a.  Personal responsibilities.  Each officer is personally responsible for ensuring the accuracy and completeness of their OMPF and MBS before the date the board convenes.

4.b.  Obtaining and Reviewing the OMPF.  The primary and most expeditious means of obtaining and viewing the OMPF and MBS is

through OMPF online via MOL.  The MBS can also be obtained through the MMRP web site.  Refer to ref (c) to determine what documents are appropriate for inclusion in the OMPF.

4.c.  OMPF Document Submission Guidelines.  Officers are personally responsible for correcting deficiencies, missing information, or illegible documents present in either the OMPF or MBS with CMC (MMRP-20).  Per ref (d), ensure any material sent to CMC (MMRP-20) for filing in the OMPF contains full name, grade, and the Electronic Data Interchange Personal Identifier (EDIPI).  If the EDIPI is not on the material, then the material might not be filed in the OMPF in time to go before the selection board.  For corrections or updates to the Administrative Information Section of the MBS, contact your unit S-1 or Installation Personnel Administration Center (IPAC).  For corrections, deficiencies, missing fitness reports and date gaps to the Performance Evaluation Summary section of the MBS, contact (MMRP-30).  Officers are reminded that any additions or deletions from their OMPF or MBS within the 12-month window should also be verified to ensure the accuracy and completeness of their record.  OMPF documents can be e-mailed as a pdf attachment or OMPF documents can be mailed to CMC (MMRP-20).  However, inclusion into the OMPF is substantially faster if the documents are e-mailed.  See paragraph 5 (MMRP) for OMPF inquiries and document submission points of contact.

4.d.  OMPF Document Submission Timelines.  It is imperative that documents submitted to CMC (MMRP-20) for inclusion in the OMPF within 60 days of a selection board be conspicuously marked "contains documents for FY18 SJA TO CMC Selection Board."  With the exception of fitness reports, all OMPF documents, particularly digital photos, must be forwarded to and received by CMC (MMRP-20) at least two weeks prior to the convening date of the selection board in order to allow processing time to the OMPF.  Officers are advised that the OMPF and MBS are distributed to the boardroom at least one week before the board convening date.  Board-eligible records continue to be updated until the convening date of the board.  However, officers are highly encouraged to submit all material no later than two weeks prior to the board.

4.e.  Photographs. Per refs (c) and (e), officers eligible for consideration are required to submit an official photo within 12 months of the convening date of the board.  Refs (c) and (e) outline

digital photograph submission specification requirements.

4.f.  Reviewing Photo Submission.  Officers are responsible for verifying receipt of photo by CMC (MMRP-60).  The primary, most expeditious means of confirming photo receipt is through OMPF online via MOL.  Photos will be available for viewing on OMPF online within 24 to 48 hours of photo receipt by CMC (MMRP-60).  The date of the photograph, as noted on the photograph title board, is considered the primary date for determining the 12-month photograph eligibility window for selection boards.  Officers are advised that although a photo may be over 12 months old, the photo will remain in the OMPF until an updated photo is submitted.

4.g.  Hard Copy Photos.  Officers who choose to submit a hard copy photo directly to the president of the board are advised that the photo will not be included in the OMPF.

4.h.  Communication with the Board.  Each officer may communicate with the President of the Board.  Such personal communications must be in writing and received or hand-delivered to Harry Lee Hall no later than 2359 (Eastern Time) on the day before the date the board convenes.  However, officers should submit such personal communications to CMC (MMPR-1) at least five working days before the date the board convenes.  This five-day period provides CMC (MMPR-1) sufficient time to review the material, reconcile discrepancies, and enter the material in the update material database.  In addition, do not send duplicate copies of update material.  Doing so causes CMC (MMPR-1) to again process the material and for the board to review duplicate copies of the material submitted.

4.i.  Forwarding Communications to the Board.  Officers may submit communications via U.S. Mail, next-day packages, or fax.  U.S. Mail is not delivered directly to Harry Lee Hall.  Therefore, anticipate a 2 to 3 day lag time for further delivery to Harry Lee Hall.  Commercial next-day carriers deliver directly to Harry Lee Hall, excluding weekends and holidays.  Officers with the capability to scan their documents may send the scanned documents via e-mail directly to the organizational mailbox officerpromotions@usmc.mil.  Ensure the e-mail subject line reads "update material for the FY18 USMC SJA to CMC Selection Board."

4.j.  Update Material.  Officers may submit to the board any written information, to include written material they deem important for

consideration.  OMPF materials sent directly to the Board President will not become part of an officers OMPF.  Although officers may submit any material as update material, officers should contact CMC (MMRP-30) before submitting fitness reports as update material and CMC (MMRP-20) for any other OMPF materials.  This process will ensure an officers OMPF is appropriately updated.  The following guidelines apply regardless of the means by which an officer submits material, e.g., mail, fax, e-mail, etc.:

4.j.1.  Update material must be in writing and submitted under cover letter with the update material as enclosures (a sample cover letter is available at the Officer Promotion Homepage).

4.j.2.  The cover letter must be addressed to "President, FY18 USMC SJA to CMC Selection Board" (See paragraph 5a for complete address).

4.j.3.  Update material must be from the eligible officer, and the officer must sign the cover letter.  Digital signatures are authorized on e-mail submissions.  Material submitted that is not in writing, submitted without a signed cover letter, or received after 2359 on the day before the date the board convenes will not be submitted to the board.

4.j.4.  Update Material Receipt Verification.  Update material sent via e-mail will receive an e-mail confirmation if sent from an@usmc.mil email account.  The e-mail confirmation receipt is the official notification that CMC (MMPR-1) has received your update material, and will be provided to the president of the board.  No further action is required on the officers part.

5. Addresses, Points of Contact, and Internet Information:

5.a.  Address for the President of the Board:

        President
        FY18 USMC SJA TO CMC Selection Board
        Headquarters, U.S. Marine Corps (MMPR-1)
        Harry Lee Hall
        17 Lejeune Road
        Quantico, VA 22134-5104

5.b.  Officer Promotion Section (MMPR-1) comm 703-784-9705:

5.b.1.  Section head, DSN 278-9703/04

5.b.2.  Promotion board action officers, DSN 278-9705/06/07

5.b.3.  Lineal staff, 703-784-9705/06/07, DSN 278-9705/06/07

5.b.4.  Confirm receipt of material, 703-784-9712/13, DSN 278-

9712/13

5.b.5.  Fax material to:  comm 703-784-9883/9884 OR DSN 278-9883/9884

5.b.6.  E-mail material to:  Officerpromotions@usmc.mil

5.c.  Internet information through the officer promotion homepage. Go to www.manpower.usmc.mil.  Select the "Active Marines" tab at the top of the page.  Under "manpower management," select "promotion branch," and then select "officer promotions," to arrive at the officer promotion homepage.  From there, to find:

5.c.1.  Lineal list:  Under "reference" select "McBul 1400-blue book dtd July 2017."

5.c.2.  Zone Eligibility Verification:  under "my eligibility" select "my eligibility."

5.c.3.  Information for preparing for a board:  Select "preparing for your board."

5.c.4.  Sample cover letter:  Under "reference" select "sample cover letter."

5.c.5.  Consult with a Career Counselor.  Go to www.manpower.usmc.mil, click on "Top Requests" at the bottom center of the page, click on "Officer Counseling Appointments," and follow the instructions provided.  Alternately, go to www.manpower.usmc.mil, hover on "Active Marine," select "Records and Performance (MMRP)," select "MMRP-50 Officer/Enlisted Career Counseling", then "Officer Counseling," then "appointments for counseling".

5.c.6.  OMPF/ MBS/Digital Photos.  The primary, most expeditious means of obtaining and viewing the OMPF, MBS, and digital photo is through OMPF online via MOL.  Alternative means of downloading and viewing the MBS and digital photograph is available through the MMRP homepage.  From the Officer Promotion homepage, under "Related Links" select "Record and Performance Branch (MMRP)," select "Official Military Personnel File," select "Digital Photo Requirements." under "Online Applications," select "Digital Photo Inventory."

5.d.  Manpower Management Record and Performance Branch.

5.d.1.  (MMRP-20) Records Management Section.  OMPF documents or questions concerning the OMPF can be sent by the following means:

5.d.1.a.  E-Mail:  smb.manpower.MMRP-20@usmc.mil

```
5.d.1.b.   Address:
                   Commandant of the Marine Corps
                   Headquarters, U.S. Marine Corps (MMRP-20)
                   2008 Elliot Road
                   Quantico, VA 22134-5030
5.d.1.c.   Phone numbers (comm 703-784-3907, DSN 278-3907)
                   OMPF customer service, DSN 278-3906/3907/5640
```

5.d.2.   (MMRP-30) Performance Evaluation Section, comm. 703-784-3993, DSN 278-3993 OR TOLL FREE 1-877-301-9953.

5.d.3.   (MMRP-50) Officer Career Counseling Section, comm 703-784-9281, DSN 278-9281.

5.d.4.   Operations Section, digital photos (MMRP-60), (703) 784-3738/4607, DSN 278-3738/4607.

5.e.   Separation and Retirement Branch (MMSR):  COMM 703-784-9324 or DSN 278-9324/9306.

6.   Release authorized by MajGen Robert F. Castellvi, Director Manpower Management Division.//