IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BRIGADIER GENERAL JOHN G. BAKER, UNITED STATES MARINE CORPS, | ) ) ) | CIVIL ACTION |
| *Petitioner*, | ) ) | (HABEAS CORPUS) |
| v. | ) ) | No. 17-CV-2311 (RCL) |
| COLONEL VANCE SPATH, UNITED STATES AIR FORCE, In his Official Capacity, and | ) ) ) ) | |
| JAMES MATTIS, SECRETARY OF DEFENSE, In his Official Capacity, | ) ) ) ) | |
| *Respondents*. | ) | |

## NOTICE OF CHANGE OF ADDRESS AND FIRM

PLEASE TAKE NOTICE that effective February 28, 2018, the new mailing address for Barry J. Pollack is:

>Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP
>1801 K Street, N.W.
>Suite 411L
>Washington, DC  20006
>Tel:  202-775-4500
>Tel:  202-775-4514 – Direct
>Fax: 202-775-4510
>bpollack@robbinsrussell.com

Dated:  February 27, 2018

Respectfully Submitted,

_____/s/_____
Barry J. Pollack (D.C. Bar #434513)
MILLER & CHEVALIER CHARTERED
900 16th Street, N.W.
Washington, D.C. 20006
Telephone: (202) 626-5800
Fax: (202) 626-5801
Email: bpollack@milchev.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 27th day of February, 2018, a true and genuine copy of the foregoing was sent via electronic mail by the Court's CM/ECF system to the following:

>Andrew I. Warden
>U.S. Department of Justice
>Federal Programs Branch
>Andrew.warden@usdoj.gov
>
>Terry Marcus Henry
>U.S. Department of Justice
>Federal Programs Branch
>Terry.henry@usdoj.gov

/s/
Barry J. Pollack
