UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIGADIER GENERAL JOHN G. BAKER, U.S. MARINE CORPS,<br><br>PETITIONER,<br><br>v.<br><br>COLONEL VANCE SPATH, U.S. AIR FORCE, in his official capacity;<br><br>JAMES MATTIS, SECRETARY OF DEFENSE, in his official capacity,<br><br>RESPONDENTS. | No. 17-cv-02311-RCL |

**Order**

The Court has before it Brigadier General John G. Baker's Petition for Writ of Habeas Corpus (the "Petition"). (ECF No. 1). For the reasons provided in the accompanying memorandum, the Court does the following:

- **GRANTS** the petitioner's petition for a writ of habeas corpus. The Court hereby issues that writ and **ORDERS** that the petitioner's criminal contempt conviction be vacated as unlawful.

- **DENIES AS MOOT** all remaining, pending motions in this case and orders that this case be terminated on the Court's dockets.

**It is so ordered.**

Signed: June _____18_____, 2018.

_____
HONORABLE ROYCE LAMBERTH
UNITED STATES DISTRICT JUDGE